RUSS STREET ASSOCIATES LIMITED PARTNERSHIP *v.*
THE FOX AND HOUND, INC.
(8525)

SPALLONE, LAVERY and CRETELLA, Js.

Argued May 1—decision released May 10, 1990

*Kimball Haines Hunt,* with whom, on the brief, was
*Meryl Shoneman,* for the appellant (defendant).

*Eric Onore,* for the appellee (plaintiff).

PER CURIAM. There is no error.